UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL D. MANNING,

    Plaintiff,

vs.

KING COUNTY,

    Defendant.

NO. C19-372RSL

ORDER

On October 30, 2019, the Honorable Michelle L. Peterson, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. Dkt. # 21. On the same day, October 30, 2019, A Notice of Change of Address for plaintiff was filed. It is unclear if plaintiff received a copy of the Report and Recommendation.

The Clerk of Court is directed to e-mail a copy of the Magistrate Judge's Report and Recommendation, Dkt. # 21, to plaintiff at his updated address on file with the Court.

Plaintiff shall file and serve his objections to the recommendation, if any, within fifteen days of the date of this Order. Failure to file objections within the specified time waives the right to appeal any order by the district court adopting the recommendation. Petitioner shall note his objections, if any, for consideration on the district court's calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration

ORDER

1 | by Judge Lasnik on Friday, December 20, 2019.
2 |
3 |     DATED this 4th day of December, 2019.
4 |
5 |
6 |                                 /s/ Robert S. Lasnik
7 |                               Robert S. Lasnik
                              United States District Judge

28 | ORDER