1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8    SAMUEL D. MANNING,

9                        Plaintiff,          Case No. C19-372-RSL

10        v.

11   KING COUNTY,                            ORDER GRANTING DEFENDANT'S
                                             MOTION FOR SUMMARY JUDGMENT
12                       Defendant.

13

14         The Court, having reviewed Plaintiff's amended complaint, Defendant's motion for

15   summary judgment, the Report and Recommendation of the Honorable Michelle L. Peterson,

16   United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds

17   and ORDERS:

18         (1)     The Report and Recommendation is approved and adopted.

19         (2)     Defendant's motion for summary judgment (dkt. # 15) is GRANTED.

20         (3)     Plaintiff's amended civil rights complaint (dkt. # 7) and this action are

21   DISMISSED with prejudice.

22   //

23   //

     ORDER GRANTING DEFENDANT'S
     MOTION FOR SUMMARY JUDGMENT - 1

1    (4)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

2  Defendant, and to Judge Peterson.

3

4    Dated this 31st day of December, 2019.

5

6                                   ROBERT S. LASNIK
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2